UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ESTATE OF ANGEL L. PANTOJA, MARTHA PANTOJA and JOCELYN PANTOJA<br><br>       Plaintiffs,<br><br>v.<br><br>WANAQUE CENTER, WANAQUE NURSING CENTER, BOROUGH OF WANAQUE, WANAQUE POLICE DEPARTMENT, PTL. ASHLEY HIGGINS #39, SGT. KEITH SPILLANE #29, PTL. BRIAN BELLIFEMINE #31, PTL. PAUL CARBONE #27, PTL. JEFFREY HEIFERMAN #37, PTL. WILLIAM LOPEZ #36, CLAUDETTE FERRER, ROBIN BYRD, CAROL HENTZ, JHAWELL REYES, RAQUEL DECLUMEN, DORIS LAW, ABC CORPORATIONS 1-20 and JOHN/JANE DOES 1-20<br><br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 2:18-cv-03422<br><br><br>**STIPULATION OF DISMISSAL AS TO BOROUGH OF WANAQUE, THE WANAQUE POLICE DEPARTMENT, PTL. ASHLEY HIGGINS #39, SGT. KEITH SPILLANE #29, PTL. BRIAN BELLIFEMINE #31, PTL. PAUL CARBONE #27, PTL. JEFFREY HEIFERMAN #37, PTL. WILLIAM LOPEZ #36 WITH PREJUDICE** |
|---|---|---|

The matter in difference in the above-entitled action having been amicably adjusted by and between the Plaintiff, Estate of Angel L. Pantoja, Martha Pantoja and Jocelyn Pantoja, and the Defendants, the Borough of Wanaque, the Wanaque Police Department, Ptl. Ashley Higgins #39, Sgt. Keith Spillane #29, Ptl. Brian Bellifemine #31, Ptl. Paul Carbone #27, Ptl. Jeffrey Heiferman #37 and Ptl. William Lopez #36.

{00785217.DOCX v.1}


IT IS hereby STIPULATED and AGREED that the same be and it is hereby dismissed as to all claims, without costs against any party, with prejudice.

| | |
|---|---|
| FLORIO PERRUCCI STEINHARDT & CAPPELLI, LLC<br>Attorneys for Defendants | FRANCES NICOTRA, ESQUIRE<br>Attorney for Plaintiffs |
| By: _____<br>Teresa M. Lentini, Esquire | By: _____<br>Frances Nicotra, Esquire |
| Dated: November 7, 2019 | Dated: November 6, 2019 |

{00785217.DOCX v.1}